JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PARK CENTRAL BUILDING, LLC, and JJJS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT., and DOES 1-15, inclusive,<br><br>Defendant. | Case No. 2:23-cv-02304-AB-PVC<br><br>**ORDER DISMISSING CIVIL ACTION** |
|---|---|

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 24, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.