**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK CENTRAL BUILDING, LLC, and JJJS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUT., and DOES 1-15, inclusive, <br><br> Defendants. | Case No. 2:23-cv-02304-AB-PVC <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

Having read and considered the Stipulation for Dismissal of Action with Prejudice filed by all parties that have appeared in this action— Plaintiffs Park Central Building, LLC and JJJS LLC and Defendant The Travelers Indemnity Company of Connecticut (collectively, the "Parties")—by and through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned action in its entirety is dismissed, <u>with prejudice</u>, and
2. The Parties are to bear their own respective attorney's fees and costs.

Dated: April 8, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE